1
2
3
4
5                                                                    Priority ✓
                                                                     Send ✓
6                                                                    Enter ✓
                                                                     Closed ___
7           UNITED STATES DISTRICT COURT                             JS-5/JS-6 ___
                                                                     JS-2/JS-3 ___
8           CENTRAL DISTRICT OF CALIFORNIA                           Scan Only___
9                    WESTERN DIVISION
10

11  SIDRONIO MENDOZA,              )   No. CV 07-00564-FMC (VBK)
                                   )
12              Petitioner,        )   ORDER (1) ACCEPTING AND ADOPTING
                                   )   THE REPORT AND RECOMMENDATION OF
13      v.                         )   THE UNITED STATES MAGISTRATE
                                   )   JUDGE, AND (2) DISMISSING THE
14  K. MENDOZA-POWERS,             )   PETITION FOR WRIT OF HABEAS
                                   )   CORPUS
15              Respondent.        )
    _____)
16

17       Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review

18  of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19  Answer, all of the records herein and the Report and Recommendation of

20  the United States Magistrate Judge ("Report").

21       **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

22  and Recommendation, and (2) Judgment be entered dismissing the

23  Petition with prejudice.

24
25  DATED: *March 18, 2008*

26                                          *[signature]*
27                                          FLORENCE-MARIE COOPER
                                            UNITED STATES DISTRICT JUDGE
28